Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY" GMBH & CO.
CONTAINERSCHIFF KG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY" GMBH & CO. CONTAINERSCHIFF KG,<br><br>Plaintiff,<br><br>-against-<br><br>SHANDONG YANTAI INTERNATIONAL MARINE SHIPPING CO., a/k/a SHANDONG PROVINCE YANTAI INTERNATIONAL MARINE SHIPPING CO.,<br><br>Defendant. | 08 Civ. _____<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF <u>CIVIL PROCEDURE</u>** |

    I, Michael J. Frevola, attorney for Plaintiff FHH Fonds Nr. 29 MS "Tampa Bay" – MS "Turtle Bay" GmbH & Co. Containerschiff KG ("Plaintiff" or "FHH"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

FHH is a privately owned company, is not publicly traded, and none of its shares are owned by a publicly traded company.

Dated:   New York, New York

   June 30, 2008

HOLLAND & KNIGHT LLP

By: _____

Christopher Nolan
Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010

*Attorney for Plaintiff*
*FHH Fonds Nr. 29 MS "Tampa Bay" – MS "Turtle Bay" GmbH & Co. Containerschiff KG*

# 5426265_v1