USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/08

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY" GMBH & CO. CONTAINERSCHIFF KG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY" GMBH & CO. CONTAINERSCHIFF KG,<br><br>Plaintiff,<br><br>-against-<br><br>SHANDONG YANTAI INTERNATIONAL MARINE SHIPPING CO., a/k/a SHANDONG PROVINCE YANTAI INTERNATIONAL MARINE SHIPPING CO.,<br><br>Defendant. | 08 Civ. 5929 (RMB)<br><br>**ORDER APPOINTING PERSON TO SERVE AMENDED PROCESS** |

**UPON** application of Plaintiff FHH Fonds Nr. 29 MS "Tampa Bay" – MS "Turtle Bay" GmbH & Co. Containerschiff for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Amended Writ and Order of Attachment and Garnishment, Summons, Verified Amended Complaint, and Affidavit in Support of Amended Order of Attachment on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and

representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Amended Writ and Order of Attachment and Garnishment, Summons, Verified Amended Complaint, and Affidavit in Support of Amended Order of Attachment on the garnishees herein.

Dated:   New York, New York
         July **16**, 2008

                                         SO ORDERED

                                         _____
                                                  RMB
                                                 U.S.D.J.

# 5474242_v1