374-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Interested Parties
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FHH FONDS Nr. 29 MS "TAMPA BAY" – MS
"TURTLE BAY" GMBH & Co. CONTAINERSCHIFF
KG,

                               Plaintiffs,

    - against –

SHANDONG YANTAI INTERNATIONAL MARINE
SHIPPING CO., a/k/a SHANDONG  PROVINCE
YANTAI INTERNATIONAL MARINE SHIPPING CO.

                            Defendant.
------------------------------------------------------------------x

**08-Civ- 5929 (RMB)**

**NOTICE OF  APPEARANCE**

**PLEASE TAKE NOTICE** that Freehill, Hogan & Mahar, LLP hereby enters an

appearance in this action on behalf of interested parties CONTI CRISTALLO SCHIFFAHRTS-

GMBH & Co. KG MS CONTI SYDNEY and CONTI CRISTALLO SCHIFFAHRTS-GMBH &

NYDOCS1/310785.1

CO. KG MS CONTI BARCELONA, reserving all rights available to those parties.

Dated: August 18, 2008

> FREEHILL HOGAN & MAHAR, LLP
> Attorneys for Interested Parties
> CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
> MS CONTI SYDNEY and CONTI CRISTALLO
> SCHIFFAHRTS-GMBH & Co. KG MS CONTI
> BARCELONA,
>
> By: _____
> William L. Juska (WJ 0772)
> 80 Pine Street
> New York, NY 10005
> (212) 425-1900
> (212) 425-1901 fax

cc:   Holland & Knight LLP
      Attorneys for Plaintiff
      FHH FONDS Nr. 29 MS "TAMPA BAY" –
      MS "TURTLE BAY" GMBH & Co.
      CONTAINERSCHIFF KG ,
      195 Broadway
      New York, New York 10007
      (212) 513-3516
      (212) 385-9010 Fax
      e-mail: Michael.frevola@hklaw.com
      Attn: Michael J. Frevola, Esq.